**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE MEDTRONIC, INC. SPRINT FIDELIS LEADS PRODUCTS LIABILITY LITIGATION<br><br>This documents relates to:<br>**Creighton v. Medtronic, Inc. et al. 10-cv-04325** | MDL NO. 08-1905 (RHK/JSM)<br><br>**ORDER GRANTING PLAINTIFFS' LEAD COUNSEL'S AMENDED MOTION TO DISMISS AND TO SEVER, AND SUGGESTION OF REMAND** |

Upon consideration of Plaintiffs' Lead Counsel's Amended Motion to Dismiss (Doc. No. 11), and based on all the files, records and proceedings herein, **IT IS ORDERED** that the Motion is **GRANTED**. Pursuant to the Master Settlement Agreement and Federal Rule of Civil Procedure Rule 41(a), the claims of Plaintiff Robert Creighton in the action styled <u>Creighton v. Medtronic, Inc. et al.</u>, Civ. No. 10-cv-04325, against Medtronic, Inc. and Medtronic USA, Inc. are **DISMISSED WITH PREJUDICE**. The Court having expressly determined that there is no just reason for delay for entering judgment as to the dismissed claims, **LET JUDGMENT BE ENTERED ACCORDINGLY** as to those claims.

The Court believes that the remaining claims against non-Medtronic Defendant, Florin Deger, M.D., should be remanded by the Judicial Panel on Multidistrict Litigation ("JPML") to the United States District Court for the Eastern District of Pennsylvania, the transferor court, for further proceedings, and it hereby **SUGGESTS** the same to the JPML. <u>See</u> JPML R. 10.1(b)(i).

Dated: July 14, 2011
                                    s/ Richard H. Kyle
                                    RICHARD H. KYLE
                                    United States District Judge